# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-3740
LT Case No. 2022-DP-021

_____

J.C., FATHER OF G.C., A CHILD,

   Appellant,

   v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

   Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Scott T. Smith, of The Law Office of Scott T. Smith, PA,
Brooksville, for Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian ad
Litem Office, Tallahassee, for Guardian ad Litem.


April 3, 2024


PER CURIAM.

AFFIRMED.

SOUD, KILBANE, and MACIVER, JJ., concur.

───────────────────────────

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

───────────────────────────